458

BELCHER, Commissioner.

Appellant was convicted for the offense of unlawfully transporting whiskey in a dry area, and his punishment was assessed at a fine of $400.

No notice of appeal appearing in the record, this court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.

Opinion approved by the Court.

DAVIDSON, Commissioner.

Aggravated assault is the offense; the punishment, a fine of $500 and six months in jail.

The record before us contains no statement of facts or bills of exception, without which nothing is presented for review.

No motion for rehearing will be permitted to be filed.

The judgment is affirmed.

Opinion approved by the Court.

### VILLARREAL v. STATE.
No. 27027.

Court of Criminal Appeals of Texas.

June 9, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

### DAVIS v. STATE.
No. 27034.

Court of Criminal Appeals of Texas.

June 9, 1954.

